# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JHORGENSON JESUS ADAN-BOADA,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, CALIFORNIA CITY DETENTION CENTER,<br><br>Respondent. | Case No. 1:26-cv-05494-KES-EPG-HC<br><br>ORDER APPROVING WITHDRAWAL OF COUNSEL<br><br>(ECF Nos. 13, 15) |

Petitioner is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On September 8, 2026, Petitioner filed a notice of intent to proceed pro se. (ECF No. 13.) On September 10, 2026, the Court ordered Petitioner's counsel to respond to the filing. (ECF No. 14.) On September 11, 2026, counsel for Petitioner filed a response, stating: "Counsel does not oppose Petitioner's request and confirms that Petitioner wishes to represent himself in this action." (ECF No. 15 at 1.)

Accordingly, the Court HEREBY ORDERS that:

1. Attorney Anna Weiser is relieved as counsel for Petitioner, who will now proceed *pro se* in this matter;
2. The Clerk of Court is DIRECTED to:
    a. Terminate Attorney Anna Weiser as counsel of record for Petitioner; and

b. Update Petitioner's address to:

220-665-886
California City Immigration Processing Center
P.O. Box 2513
22844 Virginia Boulevard
California City, CA 93505

IT IS SO ORDERED.

Dated: **October 13, 2026**

/s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE