# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JHORGENSON JESUS ADAN-BOADA,<br>Petitioner,<br>v.<br>WARDEN, CALIFORNIA CITY DETENTION CENTER,<br>Respondent. | Case No. 1:26-cv-05494-KES-EPG-HC<br>ORDER DENYING PETITIONER'S MOTION FOR PROMPT RULING ON WITHDRAWAL AS MOOT<br>(ECF No. 17) |

Petitioner is an immigration detainee proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On October 15, 2026, the Court received the instant motion for prompt ruling on withdrawal of counsel. (ECF No. 17.) On October 13, 2026, the Court approved the withdrawal of counsel. (ECF No. 15.)

Accordingly, Petitioner's motion for prompt ruling (ECF No. 17) is DENIED as moot.

IT IS SO ORDERED.

Dated: **October 16, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE